**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GLEN D. LAMBKIN, JR.,
      Plaintiff,

vs.                                                    CASE NO. 8:14-CIV-316-T-EAK-TBM

U.S. DEPARTMENT OF VETERANS
AFFAIRS, et al.,
      Defendants.
_____/

## ORDER GRANTING MOTION

      This cause is before the Court on the Defendants' motion to dismiss individual defendants (Doc. 16). The Plaintiff failed to oppose the motion by filing a timely response. The Court has reviewed the motion and finds the motion to be well-taken. Accordingly, it is

      **ORDERED** that the motion to dismiss Secretary Eric K. Shinseki and General Counsel Will A. Gunn (Doc. 83) be **granted** and those defendants are dismissed from this case. The Clerk of Court is directed to terminate these defendants.

      **DONE and ORDERED** in Chambers, in Tampa, Florida, this 14th day of May, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record